IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RHONDA DOUGLAS**                                                                 **PLAINTIFF**

**v.**                                                             **CAUSE NO. 1:23-cv-62-LG-BWR**

**PNC BANK, NATIONAL ASSOCIATION**                            **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

**BEFORE THE COURT** is the [44] Unopposed Motion to Deposit Funds Into the Court Registry filed by Defendant, PNC Bank, National Association. Defendant's Motion represents that it possesses funds, the ownership of which is disputed, and that the parties agreed that Defendant would deposit these funds as part of a settlement reached in this case. (*See* Mot., ECF No. 44). Upon review of the Unopposed Motion, the record, and the applicable law,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [44] Motion is **GRANTED**. The Clerk of the Court shall accept the deposit of seventy-five thousand, one-hundred fifty-seven dollars and fifty-nine cents ($75,157.59), whether through wire transfer or check, tendered by Defendant, PNC Bank, National Association, under the terms and conditions of Fed. R. Civ. P. 67.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge