IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RHONDA DOUGLAS                                                                      PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:23-cv-00062-LG-BWR

PNC BANK, A NATIONAL ASSOCIATION                                        DEFENDANT

UNOPPOSED MOTION TO DISMISS CLAIMS
AGAINST DEFENDANT PNC BANK

COMES NOW, Plaintiff Rhonda Douglas and files this Unopposed Motion to Dismiss against Defendant PNC Bank, a National Association and in support thereof would show:

1. This matter settled during a settlement conference held on January 8, 2024. See Minute Entry on the clerk's docket of this case of January 8, 2024.

2. The parties have entered into a Confidential Settlement Agreement.

3. As part of the Agreement, Defendant PNC Bank will deposit the funds representing the Excess Insurance Proceeds at issue in this matter, $75, 157.59 with the Court for further proceedings and disposition by the Court.

4. Movant Rhonda Douglas requests the Court enter an order dismissing her claims against PNC with prejudice while leaving Plaintiff's claim of her ownership of the Excess Insurance Proceeds to be deposited with the Court by PNC pursuant to Rule 67 of the Federal Rules of Civil Procedure pending and intact before the Court for disposition by the Court.

5. Due to the nature of the motion, Plaintiff requests that she be relieved of the requirement in L. U. Civ. R. 7 (b)(4) regarding filing supporting memorandum.

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests the Court grant the

foregoing Motion and request such other relief as is proper in premises.

Respectfully submitted this the 7th day of March, 2024.

RHONDA DOUGLAS, PLAINTIFF

  /S/D. SCOTT GIBSON, ATTORNEY
D. Scott Gibson, Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the above and foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide notice to the following:

Stevie F. Rushing Esq.
Bradley Arant Boult Cummings, LLP
One Jackson Place
188 East Capital Street, Suite 1000
P.O. Box 1789
Jackson, MS 39215
srushing@bradley.com

*Attorney for Defendant*

Submitted this the 7th day of March 2024.

  /S/D. SCOTT GIBSON, ATTORNEY
D. SCOTT GIBSON,
ATTORNEY FOR THE PLAINTIFF

D. SCOTT GIBSON
MS BAR NO. 8460
ATTORNEY AT LAW
P.O. BOX 1270
WIGGINS, MS 39577
T: 601.528.6028
F: 601.528.6030
scott@dscottgibsonlaw.com.