**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RHONDA DOUGLAS**                                                                          **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 1:23-cv-00062-LG-BWR**

**PNC BANK, A NATIONAL ASSOCIATION**                      **DEFENDANT**

---

**UNOPPOSED MOTION FOR ORDER TO DISTRIBUTE FUNDS FROM COURT REGISTRY TO RHONDA DOUGLAS FOR PAYMENT INTO REGISTRY OF CHANCERY COURT**

---

COMES NOW, Plaintiff Rhonda Douglas and files this Unopposed Motion for Order to Distribute Funds from Court Registry to Rhonda Douglas for Payment into Registry of Chancery Court and in support thereof would show the following:

1. The Plaintiff, Rhonda Douglas ("Rhonda" or "Plaintiff"), is an adult resident citizen of Stone County, Mississippi residing at 1821 E. McHenry Rd. Perkinston, MS 39573.

2. Plaintiff filed her Complaint against PNC Bank, National Association ("PNC Bank") in the Circuit Court of Stone County, Mississippi on February 3, 2023.

3. In her Complaint, Rhonda sought, among other things, a declaratory judgment that she was the only party interested in excess fire-loss insurance proceeds held by PNC Bank in the amount of $75,157.59 (the "Excess Insurance Proceeds") and payment of the Excess Insurance Proceeds to her.

4. On March 7, 2023, PNC Bank removed the case from the Circuit Court of Stone County, Mississippi to this Court based on diversity jurisdiction. *Notice of Removal [dkt. #1]* ¶¶ 5-11.

5. On January 8, 2024, the parties, during a scheduled settlement conference,

reached an agreement to resolve Rhonda's claims against PNC Bank.

6. In furtherance that agreement, PNC Bank filed its *Unopposed Motion to Deposit Funds Into the Court Registry, [dkt. #44]*, seeking to deposit the Excess Insurance Proceeds into the Court's registry pursuant to Fed. R. Civ. P. 67 and noting that PNC Bank has no desire to keep, and does not claim an interest in, the Excess Insurance Proceeds, and that Rhonda claims that she alone and individually is entitled to the Excess Insurance Proceeds as a matter of law.

7. On March 7, 2024, the Court granted PNC Bank's Motion. *See Order Granting Unopposed Motion to Deposit Funds Into the Court Registry, [dkt. #46]*. The Excess Insurance Proceeds were received and deposited into the Court's registry on April 4, 2024.

8. Plaintiff has moved to dismiss, with prejudice, her claims against PNC Bank. *See Motion, [dkt. #47]*. The sole remaining issue is who owns the Excess Insurance Proceeds. *See Plaintiff's Amended Motion for Leave to File Second Amended Complaint [dkt. #50]*.

9. While Rhonda claims she is the only party in interest and the only party entitled to the Excess Insurance Proceeds, there may be other parties that claim an interest in the Excess Insurance Proceeds, including the heirs of Karolanne Edwards. Currently, both Rhonda and the heirs of Karolanne Edwards are participating in *The Estate of Franklin Peter Darby, Jr.*, Cause No. 22-189 (MA) in the Chancery Court of Stone County, Mississippi.

10. Rule 67 (b) of the Federal Rules of Civil Procedure provides:

Money paid into court under this rule must be deposited and withdrawn in accordance with 28 U.S.C. §§2041 and 2042 and any like statute.....

11. 28 U. S. C. § 2042 provides:

No money deposited under section 2041 of this title shall be withdrawn except by order of court.

....Any claimant entitled to any such money may, on petition to the court

and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him.

12. Given that there is a legal proceeding wherein Rhonda and the heirs of Karolanne Edwards are parties, Plaintiff requests the Court enter an order directing the Clerk of this Court to distribute the funds held by the Clerk in this matter ($75,157.59 and interest) to Rhonda strictly for payment of the same into the registry of the Chancery Court of Stone County Mississippi for further proceedings as to who is entitled to the funds.

13. Once the funds have been released by the Clerk of this Court, it is Plaintiff's desire that this matter be dismissed with prejudice.

14. PNC Bank does not oppose this Motion.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests the Court enter an order directing the Clerk of this Court to distribute the funds held by the Clerk in this matter ($75,157.59 and interest) to Rhonda Douglas strictly for payment of the same into the registry of the Chancery Court of Stone County for further proceedings as to who is entitled to the funds. Further, Plaintiff requests that, once the funds have been released by the Clerk of this Court, this matter be dismissed with prejudice.

Respectfully submitted this the 7th day of November 2024.

RHONDA DOUGLAS, PLAINTIFF

  /S/D. SCOTT GIBSON, ATTORNEY
D. Scott Gibson, Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date filed the above and foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide notice to the following:

Stevie F. Rushing Esq.
Bradley Arant Boult Cummings, LLP
One Jackson Place
188 East Capital Street, Suite 1000
P.O. Box 1789
Jackson, MS 39215
srushing@bradley.com

*Attorney for PNC BANK*

Submitted this 7th day of November 2024.

                                                    /S/D. SCOTT GIBSON, ATTORNEY
                                                    D. SCOTT GIBSON,
                                                    ATTORNEY FOR THE PLAINTIFF

D. SCOTT GIBSON
MS BAR NO. 8460
ATTORNEY AT LAW
P.O. BOX 1270
WIGGINS, MS 39577
T: 601.528.6028
F: 601.528.6030
scott@dscottgibsonlaw.com