**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RHONDA DOUGLAS**                                                                               **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 1:23-cv-00062-LG-BWR**

**PNC BANK, A NATIONAL ASSOCIATION**                        **DEFENDANT**

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER TO DISTRIBUTE FUNDS
AND DISMISSING CLAIMS AGAINST PNC BANK, A NATIONAL ASSOCIATION**

BEFORE THE COURT is the [52] Unopposed Motion for Order to Distribute Funds from Court Registry to Rhonda Douglas for Payment into Registry of Chancery Court filed herein. The Court being advised in the premises does find and order as follows:

1. The Plaintiff, Rhonda Douglas ("Rhonda" or "Plaintiff"), is an adult resident citizen of Stone County, Mississippi, residing at 1821 E. McHenry Rd, Perkinston, MS 39573.

2. Plaintiff filed her Complaint against PNC Bank, a National Association, in the Circuit Court of Stone County, Mississippi on February 3, 2023.

3. In her Complaint, Rhonda sought, among other things, a declaratory judgment that she was the only party interested in excess fire-loss insurance proceeds held by PNC Bank in the amount of $75,157.59 (the "Excess Insurance Proceeds") and payment of the Excess Insurance Proceeds to her.

4. On March 7, 2023, PNC Bank removed the case from the Circuit Court of Stone County, Mississippi to this Court based on diversity jurisdiction. *Notice of Removal [dkt. #1]* ¶¶ 5-11.

5. On January 8, 2024, the parties, during a scheduled settlement conference,

reached an agreement to resolve Rhonda's claims against PNC Bank.

6. In furtherance of that agreement, PNC Bank filed its *Unopposed Motion to Deposit Funds Into the Court Registry, [dkt. #44]*, seeking to deposit the Excess Insurance Proceeds into the Court's registry pursuant to Fed. R. Civ. P. 67 and noting that PNC Bank has no desire to keep, and does not claim an interest in, the Excess Insurance Proceeds, and that Rhonda claims that she alone and individually is entitled to the Excess Insurance Proceeds as a matter of law.

7. On March 7, 2024, the Court granted PNC Bank's Motion. *See Order Granting Unopposed Motion to Deposit Funds Into the Court Registry, [dkt. #46]*. The Excess Insurance Proceeds were received and deposited into the Court's registry on April 4, 2024.

8. Plaintiff has moved to dismiss, with prejudice, her claims against PNC Bank. *See Motion, [dkt. #47]*. The sole remaining issue is who owns the Excess Insurance Proceeds. *See Plaintiff's Amended Motion for Leave to File Second Amended Complaint [dkt. #50]*.

9. While Rhonda claims she is the only party in interest and the only party entitled to the Excess Insurance Proceeds, there may be other parties that claim an interest in the Excess Insurance Proceeds, including the heirs of Karolanne Edwards. Currently, both Rhonda and the heirs of Karolanne Edwards are participating in *The Estate of Franklin Peter Darby, Jr.*, Cause No. 22-189 (MA) in the Chancery Court of Stone County, Mississippi.

10. Rule 67(b) of the Federal Rules of Civil Procedure provides, "Money paid into court under this rule must be deposited and withdrawn in accordance with 28 U.S.C. §§2041 and 2042 and any like statute . . . ."

11. 28 U.S.C. § 2042 provides, "No money deposited under section 2041 of this title

shall be withdrawn except by order of court."

12. Given that there is a state court estate proceeding pending wherein Plaintiff Rhonda and the heirs of Karolanne Edwards, are parties, the Court finds that it is proper to transfer the funds held in the registry of this Court to be deposited into the registry of the Chancery Court of Stone County, Mississippi, for further proceedings as to claims to the funds.

13. PNC Bank does not oppose this Motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [52] Unopposed Motion for Order to Distribute Funds from Court Registry to Rhonda Douglas for Payment into Registry of Chancery Court is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of this Court is directed, pursuant to 28 U.S.C. § 2042 to distribute and pay the funds held by the Clerk in this matter ($75,157.59 and interest) to Plaintiff Rhonda Douglas strictly for payment of the same into the registry of the Chancery Court of Stone County for further proceedings as to claims to the funds. The Clerk shall send the check to D. Scott Gibson, Attorney for Rhonda Douglas, P.O. Box 1270, Wiggins, MS 39577.

**IT IS FURTHER ORDERED AND ADJUDGED** that, once the funds have been released by the Clerk of this Court, the claims asserted against PNC are **DISMISSED WITH PREJUDICE** and any other claims, if any, are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge